UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-467 (SHS) |
| -against- | : | <u>ORDER</u> |
| ELENA MOLDOVAN, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    This matter was reassigned to this Court on March 1, 2023, for sentencing.

    IT IS HEREBY ORDERED that:

1. The sentencing remains at May 17, 2023, at 10:30 a.m.;

2. The defendant's sentencing submission is due by May 3, 2023; and

3. The government's sentencing submission is due by May 10, 2023.

Dated: New York, New York
       March 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.