# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser
Thomas A. Kenniff
Douglas M. Reda

300 Old Country Rd, Suite 351
Mineola, NY 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Anthony J. Colleluori
Marc S. Albert

May 4th, 2023

**VIA EMAIL/ECF**
Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Elena Moldovan* (1:20-cr-00467-SHS)

Dear Judge Stein:

Our office represents Elena Moldovan, the defendant in the above-captioned matter. We respectfully request that the attached sentencing submission be filed under seal. A courtesy copy was provided via email to AUSA Lynaugh and chambers on May 3rd, 2023.

The submission contains sensitive/confidential information that should not be accessible to the public. If after review, the Court believes the attached submission should be filed via ECF then the undersigned will do so.

**The request to file the sentencing submission under seal is granted.**

**Dated: New York, New York
May 5, 2023**

SO ORDERED
SIDNEY H. STEIN
U.S.D.J.

Respectfully,

Thomas A. Kenniff

Thomas A. Kenniff

/kb

cc:   AUSA Margaret Lynaugh (Via ECF)

Manhattan Office
87 Walker Street
New York, NY 10013
212-274-0090

www.raiserandkenniff.com

Suffolk Office
150 Motor Parkway, Suite 401
Hauppauge, NY 11788
888-504-2746